# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2818
_____

LUIS SANTIBANEZ,

Appellant,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

May 14, 2025

PER CURIAM.

AFFIRMED. *See Ivory v. State*, 299 So. 3d 1178 (Fla. 1st DCA 2020) (holding that a prisoner serving a life sentence cannot show a liberty interest implicated by disciplinary action resulting in disciplinary confinement); *John v. Crews*, 149 So. 3d 149 (Fla. 1st DCA 2014) (affirming dismissal of petition for writ of mandamus to review prison disciplinary proceedings; appellant serving life sentence had no constitutionally protected liberty interest at stake).

LEWIS, BILBREY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Luis Santibanez, pro se, Appellant.

Dan A. Johnson, General Counsel, and Declan R. Duffy, Senior Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.